IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
ROBINSON TEJADA-PARRA
Defendant

CRIMINAL 05-0245CCC

**O R D E R**

The Government's Motion in Limine Regarding Ownership of Unreported Funds filed on January 20, 2006 (**docket entry 33**) and the Government's Motion in Limine Regarding Defendant's Source of Unreported Funds filed on January 20, 2006 (docket entry 34) are GRANTED.

Having considered the Motion Requesting Reciprocal Discovery filed by the United States on January 20, 2006 (**docket entry 35**), the Court RULES as follows:

DISCOVERY - GRANTED as to the requests under Fed.R.Crim.P. 16(b)(1)(A), 16(b)(1)(B); and DENIED as to the requests under Fed.R.Crim.P. 16(b)(1)(c); Fed.R.Crim.P. 16(c), as it establishes a required duty to disclose and does not require a Court Order at this stage, and Fed.R.Crim.P. 26.2(a), since the production of statements made by a witness intended to be used at trial shall take place after the witness has testified on direct examination.

DEFENSES - the request for discovery as to the various defenses is DENIED since defendant has not raised or given notice within the time provided for filing pretrial motions of any of these defenses.

SO ORDERED.

At San Juan, Puerto Rico, on January 20, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge